JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY CHAN, | No. CV 09-1007 JSW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| ERIC K. SHENSEKI, Secretary, Department of Veterans Affairs, | |
| Defendant. | |

Subject to the approval of the Court, the parties hereby stipulate that the initial case management conference, currently set for June 19, 2009, at 1:30 p.m., will be continued to June 26, 2009, at 1:30 p.m. This continuance is necessary because defendant's counsel will be out of state on June 19, 2009, for a previously-scheduled deposition in another case.

//
//
//
//
//

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
CV 09-1007 JSW   -1-

Respectfully submitted,

Dated: May 21, 2009

BEVERLY CHAN
Plaintiff, currently *pro se*

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: May 21, 2009

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: May 22, 2009

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DATE OF INITIAL CMC; [PROPOSED] ORDER
CV 09-1007 JSW                           -2-