Felipe R. Parker (SBN 246212)
Law Offices of Felipe Parker
405 49th Street
Oakland, CA 94609
(510) 545 4980 (Tel)
(510) 868-2912 (Fax)

Attorney for Plaintiff
Beverly Chan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BEVERLY CHAN, | CASE NO. CV 09 1007 JSW |
| Plaintiff, | **STIPULATION TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| ERIC. K. SHENSEKI, Secretary, Department of Veteran Affairs, | |
| Defendants. | |

Subject to court approval, the parties stipulate that the case management conference in this case set for June 26, 2009 at 1:30 p.m. be continued to ~~July 17, 2009~~ at 1:30 p.m. Counsel for plaintiff just substituted into this case for the pro se plaintiff and has a conflict in his schedule.

///
///
///
///
///

DATED: June 10, 2009	JOSEPH P. RUSSONIELLO
	United States Attorney


	/s/
	Neill T. Tseng
	Assistant United States Attorney
	Attorneys for Defendant


DATED: June 10, 2009	LAW OFFICES OF FELIPE PARKER


	/s/
	Felipe R. Parker
	Attorney for Plaintiff
	Beverly Chan

PURSUANT TO STIPULATION, **IT IS SO ORDERED**
 The case management conference is CONTINUED to August 14, 2009 at 1:30 p.m.
 The joint case management statement shall be filed by August 7, 2009.

DATED: June 11, 2009

	Honorable Jeffrey S. White
	United States District Judge