1  Felipe R. Parker (SBN 246212)
   Law Offices of Felipe Parker
2  405 49th Street
   Oakland, CA 94609
3  (510) 545 4980 (Tel)
   (510) 868-2912 (Fax)
4
   Attorney for Plaintiff
5  Beverly Chan

6
   JOSEPH P. RUSSONIELLO (CSBN 44332)
7  United States Attorney
   JOANN M. SWANSON (CSBN 88143)
8  Chief, Civil Division
   NEILL T. TSENG (CSBN 220348)
9  Assistant United States Attorney

10   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
11   Telephone: (415) 436-7155
     FAX: (415) 436-6927
12   neill.tseng@usdoj.gov

13 Attorneys for Defendant

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                        SAN FRANCISCO DIVISION
17

18 BEVERLY CHAN,                    )    No. CV 09-1007 JSW
                                    )
19      Plaintiff,                  )
                                    )    STIPULATION TO ENLARGE
20      v.                          )    MEDIATION DEADLINE;
                                    )    [PROPOSED] ORDER
21 ERIC K. SHENSEKI, Secretary,     )
   Department of Veterans Affairs,  )
22                                  )
        Defendant.                  )
23 _____

24
        Subject to the approval of the Court, the parties hereby stipulate that the
25
   deadline for mediation in this case will be enlarged from September 1, 2009, to
26
   November 2, 2009.  This is the first request for enlargement of the mediation
27
   deadline.  The original mediation deadline was set when the date of the initial case
28
   management conference was scheduled for June 26, 2009, when the plaintiff was

STIPULATION TO ENLARGE MEDIATION DEADLINE; [PROPOSED] ORDER
CV 09-1007 JSW                          -1-

1  proceeding *pro se*.  Plaintiff has since retained counsel and the initial case
2  management conference has been continued to August 14, 2009.  Given that the
3  initial case management conference will not take place until August 14, 2009, the
4  parties do not believe that holding the mediation by September 1, 2009, will be
5  productive because there will not be sufficient time for discovery to take place.  The
6  parties agree that extending the mediation deadline by approximately 60 days to
7  November 2, 2009, would make the mediation more productive and more likely to
8  succeed in resolving the case.

                                      Respectfully submitted,

Dated: July 9, 2009                          /s/
                                            FELIPE R. PARKER
                                            Attorney for Plaintiff

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

Dated: July 9, 2009                          /s/
                                            NEILL T. TSENG
                                            Assistant United States Attorney
                                            Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED:   July 10, 2009                   */s/ Jeffrey S. White*
                                            HONORABLE JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE