IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEVERLY CHAN,

    Plaintiff,

v.

ERIC K. SHENESKI, Secretary, Department of Veterans Affairs,

    Defendant.

No. C 09-01007 JSW

**ORDER OF REFERRAL FOR ALL PURPOSES**

    Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED either to Magistrate Judge Maria-Elena James or Magistrate Judge Elizabeth D. LaPorte for all further proceedings.

**IT IS SO ORDERED.**

Dated: August 20, 2009

    JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

cc: Wings Hom