Felipe R. Parker (SBN 246212)
Law Offices of Felipe Parker
1300 Clay St., Ste. 600
Oakland, CA 94612
(510) 545-4980 (Tel)
(510) 868-2912 (Fax)

Attorney for Plaintiff
Beverly Chan


JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | | |
|---|---|---|
| BEVERLY CHAN, | ) | No. CV 09-1007 EDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | DATE OF CASE MANAGEMENT |
| | ) | CONFERENCE; [~~PROPOSED~~] |
| ERIC K. SHENSEKI, Secretary, | ) | ORDER |
| Department of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

Subject to the approval of the Court, the parties hereby stipulate that the initial case management conference, currently set for September 15, 2009, at 10:00 a.m., will be continued to September 29, 2009, at 10:00 a.m. This continuance is necessary because defendant's counsel will be out of state on September 15, 2009,

for a previously-scheduled deposition in another case.

Respectfully submitted,

Dated: September 8, 2009                     /s/
                                    FELIPE R. PARKER
                                    Attorney for Plaintiff


                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney


Dated: September 8, 2009                     /s/
                                    NEILL T. TSENG
                                    Assistant United States Attorney
                                    Attorneys for Defendant


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


DATED:   September 9, 2009

HONORABLE _____ LAPORTE
UNITED _____ JUDGE

IT IS SO ORDERED

Judge Elizabeth D. Laporte