UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**BEVERLY CHAN**

    Plaintiff(s),                      No. C-**09-01007** EDL

    v.                             **ORDER OF CONDITIONAL DISMISSAL**

**ERIC K. SHENESKI**

    Defendants.

_____/

The Court has been advised that this matter has fully settled. Therefore, IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: October 21, 2009

                                                    _____
                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge