1  Felipe R. Parker (SBN 246212)
2  Law Offices of Felipe Parker
   1300 Clay St., Ste. 600
3  Oakland, CA 94612
   (510) 545 4980 (Tel)
4  (510) 868-2912 (Fax)
5
6  Attorney for Plaintiff
   Beverly Chan
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION
11

| | |
|---|---|
| 12  BEVERLY CHAN, | CASE NO. CV 09 1007 EDL |
| 13         Plaintiff, | **JOINT STIPULATION OF** |
| 14 | **DISMISSAL** AND ORDER THEREON |
| 15     v. | |
| 16  ERIC. K. SHENSEKI, Secretary, | |
|     Department of Veteran Affairs, | |
| 17 | |
| 18         Defendants. | |

19
20     IT IS HEREBY STIPULATED by and between Plaintiff and Defendant that the entire
21  action and all parties be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice.  Each side
22  will bear its own costs and fees.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

DATED: April 13, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
Thomas R. Green
Assistant United States Attorney
Attorneys for the Federal Defendant

DATED: April 7, 2010

LAW OFFICES OF FELIPE PARKER

/s/
Felipe R. Parker
Attorney for Plaintiff
Beverly Chan

PURSUANT TO STIPULATION, **IT IS SO ORDERED**

DATED:   April 14, 2010

_____
Honorable Elizabeth D. Laporte
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte